## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JOY DRYER, *on behalf of herself and all others similarly situated*, ) )| |
| ) | Case No.: 2:22-cv-3775 |
| *Plaintiff*, ) | |
| ) | **CLASS ACTION COMPLAINT** |
| **v.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| NATIONWIDE RETIREMENT SOLUTIONS, INC., ) | |
| ) | |
| ) | |
| *Defendant.* ) | |

### <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiff Joy Dryer, by and through the undersigned counsel and pursuant to F.R.C.P.

41(a)(1)(A)(i), voluntarily dismisses without prejudice her claims against Nationwide Retirement

Solutions, Inc. in the above-captioned matter only.

Dated: January 5, 2023          Respectfully submitted,

*/s/ Alyson S. Beridon*
Alyson Steele Beridon (#87496)
BRANSTETTER,
STRANCH & JENNINGS,
PLLC
425 Walnut St. Suite 2315
Cincinnati, Ohio 45202
Phone: (513) 381-2224
alysonb@bsjfirm.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically served on all counsel of record via the Court's Electronic Filing System.

/s/ Alyson Beridon
Alyson Beridon (#87496)